## UNITED STATES BANKRUPCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:                                    )      Case No.: _11-65085_
                                          )      Judge: _Massey_
                                          )      Chapter: _11-Case_
          Debtor(s)                       )

Motion to vacate and set aside
   Appointment of Trustee
        Attach


I Sammy L. Daniels
is file attach
Motion to Vacate

OCT 01 2012 AM09:08

M. REGINA THOMAS
CLERK

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

Date: _10-1-2012_

Sammy L. Daniels

My knowledges as a business man
make me think. Mr. Eason my Atty.
is trying to take the money for his
self to do what he like.

If it was up to Mr. Eason my Atty.
Bette Quality Homes. Inc. will fail.

## For Example

When I hire Mr. Eason my Atty. I ask
him how much will I have to pay him.
Mr. Eason said $200 00 dollar per hour
for him and $150 00 dollar per hour
for him helper.

I no this to be true because when
Judge Massey talk with me he said
to me (Sammy L. Daniels) he said
to me make sure you no how much
your Atty. will be charge you.
So I did.

Also when I begin to auction off property
2129 Kristen channel I ask Mr. Eason my Atty.
again how much do I old you.

Mr. Eason said $20,000 dollar

I said nothing about the $20,000 dollar.

Mr. Eason begin tell me I can't have control over the proceeds from sale of Property 2129 Kristen Channel.

I ask Mr. Eason why I can't have control

Mr. Eason said the trustee ask for a separate DIP Bank account.

I discover later Mr. Eason nor the trustee had the right to file for a separate DIP Bank account.

Also Mr. Eason E-Mail me saying he need to get paid and I have not paid the creditors.

I told Mr. Eason we need to talk about paying him and the creditors.

Mr. Eason ask to be paid $200 dollar per hour

Mr. Eason ask to be paid $20,000 dollar

Mr. Eason ask to be paid $34,030 64

mr. Eason ask to be paid $31,369 14

Mr. Eason change his mind about his payment 3 time 2 months.

Mr. Eason file Motion against Mr. Melvin Gibbs after I told Mr. Eason I old Mr. Melvin Gibbs and to pay him Mr. Eason said No.

Mr. Melvin Gibbs file with the State of South Carolina criminal laws about bad checks so I paid Mr. Melvin Gibbs.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:                         )    Case No.: _11-65085_

_Sammy L. Daniels._      )    Judge: _Massey_

_Better Quality Homes, INC_ )    Chapter: _11- Case_

         Debtor(s).

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times

hereinafter mentioned, was more than 18 years of age, and that on the _1_ day of _Oct._,

20 _12_, I served a copy of _Attach: Motion to Vacate and set aside Appointment of Trustee_, which was filed in this

bankruptcy matter on the _1_ day of _Oct._, 20 _12_.

___

Mode of service (circle one):     MAIL           HAND DELIVER

Name and Address of each party served:
Thomas W. Dworschak, Trial    J. Jakob Kennedy, Esq
Atty., Office of U.S. Trustee.    Turner, Padget Graham & Laney
362 Richard Russell Building 75    P.A. P.O. Box 5478 (29502)
Spring St. SW Atlanta GA 30303    Florence, SC 29501

## I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _10-1-2012_        Signature: _Sammy L Daniels_

                            Printed Name: _Sammy L. Daniels_

                            Address: _5502 Mudlark cir_
                                       _Powder Springs GA 30127_

                            Phone: _678-449-8015_