UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| SAMUEL L. DANIELS and | : | CASE NO. 10-70078 – JEM |
| BETTER QUALITY HOMES, INC., | : | CASE NO. 11-65085 – JEM |
| | : | JOINTLY ADMINISTERED |
| DEBTORS. | : | |

| | | |
|---|---|---|
| SAMUEL L. DANIELS and | : | |
| BETTER QUALITY HOMES, INC., | : | |
| | : | |
| Appellants, | : | Appeal from Order Denying Motion to |
| | : | Vacate and Set Aside Appointment of |
| -vs- | : | Trustee [Doc. No. 227] |
| | : | |
| DONALD F. WALTON, | : | |
| United States Trustee, Region 21 | : | |
| | : | |
| Appellee. | : | |

**APPELLEE'S DESIGNATION OF ITEMS
TO BE INCLUDED IN RECORD ON APPEAL**

COMES NOW Donald F. Walton, United States Trustee for Region 21, Appellee herein, and pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure hereby designates the following items for inclusion in the record on appeal:[1]

1.  Docket for case number 10-70078-JEM.

2.  Docket for case number 11-65085-JEM.

3.  Order Granting Motion for Joint Administration, entered July 6, 2011 (Doc. No. 134).

4.  Order Approving Sale of Real Property, by Auction, Free and Clear of Liens and Other Interests and Approving Contract for Auction, entered March 5, 2012 (Doc. No. 168).

5.  Emergency Motion to Amend Order Approving Sale of Real Property, by Auction, Free and Clear of Liens by Adding Additional Creditor, filed May 25, 2012 (Doc. No. 180).

---

[1] All references to docket numbers refer to entries on the docket of the main case, case no. 10-70078-JEM.

  6. Amended Order Approving Sale of Real Property, by Auction, Free and Clear of Liens and Other Interests and Approving Contract for Auction, entered May 31, 2012 (Doc. No. 186).

  7. Motion to Authorize Use of Existing Bank Accounts (to Open Separate DIP Account to Hold Net Proceeds of Auction Sale), filed June 6, 2012 (Doc. No. 189).

  8. Order Granting Motion for Authority to Open Separate Debtor-in-Possession Bank Account, entered June 11, 2012 (Doc. No. 190).

  9. Objection and Demand for Payment of Lien, filed by Melvin Gibbs, filed June 21, 2012 (Doc. No. 195).

  10. Response to Objection and Demand for Payment of Lien, filed July 9, 2012 (Doc. No. 196).

  11. Monthly Operating Report for June 2012, filed July 20, 2012 (Doc. No. 200).

  12. Small Business Monthly Operating Report for July 2012, filed August 20, 2012 (Doc. No. 203).

  13. United States Trustee's Motion to Dismiss or Convert Case and Request for Status Conference, filed September 17, 2012 (Doc. No. 207).

  14. United States Trustee's Motion to Appoint Trustee, filed September 18, 2012 (Doc. No. 208).

  15. Order Granting Motion to Appoint Chapter 11 Trustee, entered September 19, 2012 (Doc. No. 210).

  16. Notice of Appointment of Chapter 11 Trustee, filed September 21, 2012 (Doc. No. 211).

  17. Application for Approval of Appointment of Trustee, filed September 21, 2012 (Doc. No. 212).

  18. Motion to Vacate and Set Aside Appointment of Trustee, filed September 24, 2012 (Doc. No 214).

  19. Order Granting Motion for Approval of Appointment of Robert F. Anderson as Chapter 11 Trustee, entered September 25, 2012 (Doc. No. 215).

  20. Motion to Vacate and Set Aside Appointment of Trustee, filed October 1, 2012 (Doc. No. 218).

21. United States Trustee's Response to Motion to Vacate and Set Aside Appointment of Trustee, filed October 5, 2012 (Doc. No. 219).

22. Order Denying Motion to Vacate, entered October 15, 2012 (Doc. No. 227).

23. Notice of Appeal to District Court, filed October 31, 2012 (Doc. No. 238).

24. Order Converting Case to Chapter 7, entered November 16, 2012 (Doc. No. 253).

25. Transcript of October 12, 2012 Hearing on Motion to Vacate (Doc. Nos. 250 and 262).

26. Transcript of September 19, 2012 Hearing on United States Trustee's Motion to Appoint Chapter 11 Trustee (Doc. No. 263).

27. Proof of Claim filed by Melvin Gibbs on June 12, 2012, Claim 17-1 on Claims Register for case number 10-70078.

Submitted herewith in accordance with Bankruptcy Rule 8006 is a copy of each of the foregoing items.

                                            DONALD F. WALTON
                                          UNITED STATES TRUSTEE
                                          REGION 21

                                          /s/
                                          Lindsay N. P. Swift
                                          Trial Attorney
                                          Georgia Bar No. 541621

Office of the United States Trustee
362 Richard Russell Building
75 Spring Street
Atlanta, Georgia 30303
Tel: (404) 331-4437
Fax: (404) 331-4464
E-mail: lindsay.n.swift@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that I am over the age of 18 and that on this date, I caused the foregoing Appellee's Designation of Items to Be Included in Record on Appeal to be sent by First Class United States Mail, with adequate postage to ensure delivery to:

| | |
|---|---|
| Samuel L Daniels | Better Quality Homes, Inc. |
| 5502 Mudlark Circle | 5502 Mudlark Circle |
| Powder Springs, GA 30127 | Powder Springs, GA 30127 |
| | |
| Rodney L. Eason | Robert F. Anderson |
| The Eason Law Firm | Anderson & Associates, P.A. |
| Suite 200 | 208 Candi Lane, Suite B |
| 6150 Old National Highway | Columbia, SC 29210 |
| College Park, GA 30349-4367 | |

Neil C. Gordon
Arnall Golden Gregory LLP
Suite 2100
171 17th Street, NW
Atlanta, GA 30363

                                                */s/*
                                      Lindsay N. P. Swift
                                      Trial Attorney